**In re Allen BRUFSKY, Respondent.**

**No. 14–BG–1224.**

District of Columbia Court of Appeals.

Filed Feb. 5, 2015.

BEFORE: THOMPSON, Associate Judge, and FERREN and FARRELL, Senior Judges.

## ORDER

PER CURIAM

On consideration of the certified order disbarring respondent from the practice of law in the state of Florida, this court's November 12, 2014, order directing respondent to show cause why reciprocal discipline should not be imposed, and the statement of Bar Counsel regarding reciprocal discipline, and it appearing that respondent has failed to file a response to this court's order to show cause or file an affidavit as required by D.C. Bar R. XI, § 14(g), it is

ORDERED that Allen Brufsky is hereby disbarred from the practice of law in the District of Columbia. *See In re Sibley,* 990 A.2d 483 (D.C.2010), and *In re Fuller,* 930 A.2d 194, 198 (D.C.2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate). It is

FURTHER ORDERED that for purposes of reinstatement the period that must pass before one is eligible to file for reinstatement will not begin to run until such time as he files a D.C.Bar. R. XI, § 14(g) affidavit.